# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0158
_____

GLENN A. BURD,

    Appellant,

    v.

GEMMA ADAMS, personal
representative of the estate of
Ronald Adams, Jr.,

    Appellee.

_____


On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.



September 24, 2025


PER CURIAM.

Appellant raises five issues on appeal, none of which have merit. We affirm Issues II-V without comment. In Issue I, Appellant argues the trial court applied the incorrect burden of proof to his case. This issue is unpreserved; Appellant neither objected nor filed a motion for rehearing below. *See, e.g., Knowlton v. Knowlton*, 282 So. 3d 154, 155–56 (Fla. 1st DCA 2019) (citing *Credit Counseling Found., Inc. v. Hylkema*, 958 So. 2d 1059, 1061 (Fla 4th DCA 2007) (holding that when a party fails to object to the trial court's assignment of burden of proof and when the party willingly acquiesces to the court's imposition of burden of proof, the

party cannot argue for first time on appeal that the court improperly assigned burden of proof)).

AFFIRMED.

ROBERTS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael M. Brownlee of The Brownlee Law Firm, P.A., Orlando, for Appellant.

Bryan S. Gowdy and Dimitrios A. Peteves of Creed & Gowdy, P.A., Jacksonville, for Appellee.